PER CURIAM.
Affirmed. See Scott v. NCNB Nat’l Bank of Fla., 489 So.2d 221, 223 (Fla.2d DCA 1986); Roberts v. Stokley, 388 So.2d 1267 (Fla.2d DCA 1980), pet. for review denied, 394 So.2d 1153 (Fla.1981); Perry v. Langstaff, 383 So.2d 1104, 1105 (Fla.5th DCA), pet. for review denied, 392 So.2d 1377 (Fla.1980); Latour Auto Sales, Inc. v. Stromberg-Carlson Leasing Corp., 335 So.2d 600, 601 (Fla.3d DCA 1976); Page v. Staley, 226 So.2d 129, 131 (Fla.4th DCA 1969); § 90.803(6)(a), Fla.Stat. (1985).